IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHELLE VASQUEZ, MELISSA SIMS, and ALICIA THOMPSON, on behalf of themselves individually and all other similarly situated employees,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**RECOVER-CARE SHAWNEE, LLC, RECOVER-CARE PINNACLE PARK, LLC, and MRC SNF MANAGEMENT, LLC**<br><br>    Defendants. | Case No.: 2:24-cv-02183-HLT-RES |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL CERTIFICATION AND APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

Plaintiffs Michelle Vasquez, Melissa Sims, and Alicia Thompson ("Named Plaintiffs") hereby move this Court for entry of an order granting final certification of an FLSA collective action for purposes of settlement and approving their resolution of claims under the Fair Labor Standards Act and Kansas law through the Settlement Agreement ("Agreement" or "Settlement"). Defendants Recover-Care Shawnee LLC ("RCS"), Recover-Care Pinnacle Park LLC ("RCPP"), and MRC SNF Management, LLC ("MRC") do not oppose this motion. In support of their Motion, Plaintiffs simultaneously file their Suggestion in Support.

WHEREFORE, Plaintiffs request this Court enter an Order granting their Motion for Final Collective Action Certification, approving the settlement as fair and reasonable, and any other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Brad K. Thoenen*
Brad K. Thoenen, KS #24479
bthoenen@hkm.com
Ethan A. Crockett, KS #79069
ecrockett@hkm.com
John J. Ziegelmeyer III, KS #23003
jziegelmeyer@hkm.com
Kevin A. Todd, KS #78998
ktodd@hkm.com
HKM EMPLOYMENT ATTORNEYS
1600 Genessee Street, Suite 754
Kansas City, MO 64102
Phone: 816.708.2496

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August 2025, the above and foregoing was filed using the Court's CM/ECF system, which sent notice of same to the following counsel of record:

Daniel B. Boatright, Bar No. 15298
Direct: 816.627.4401
E-Fax: 816.817.7703
dboatright@littler.com
Christopher M. Helt, Bar No. 28195
Direct: 816.627.4435
E-Fax: 816.817.6543
chelt@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106

ATTORNEY FOR DEFENDANTS

*/s/ Brad K. Thoenen*
ATTORNEY FOR PLAINTIFFS